# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| SHERRI GASTON, | ) CAUSE NO. 3:20-cv-00963 |
| Plaintiff, | ) |
| v. | ) |
| SPEEDWAY LLC d/b/a SPEEDWAY, | ) |
| Defendant. | ) |

## **NOTICE OF REMOVAL**

Thomas L. Davis, counsel for defendant Speedway LLC, states:

1. On October 20, 2020, plaintiff Sherri Gaston filed her Complaint against defendant Speedway LLC in the LaPorte County Circuit Court of Indiana, under Cause No. 46C01-2010-CT-001762.

2. Speedway LLC is a Delaware limited liability company with its principal place of business in Ohio with a sole member, MPC Investment LLC. MPC Investment LLC is a Delaware limited liability company with its principal place of business in Ohio with a sole member, Marathon Petroleum Corporation. Marathon Petroleum Corporation is a Delaware corporation with its principal place of business in Ohio.

3. Plaintiff is a citizen of the state of Indiana.

4. The matter in controversy exceeds $75,000.00, exclusive of interests and costs; this action does not arise under the Workmen's Compensation laws of any state; is not brought against a common carrier or its receivers or trustees; does not arise under 45 U.S.C. §§ 51-60; and, therefore, this cause is removable to this Court under 28 U.S.C. § 1441(b).

5. This Notice of Removal is being filed with this Court within 30 days after receipt of the Complaint and Summons by the defendant.

6. Copies of all process, pleadings, and orders served upon petitioner in the state court action are attached hereto. Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the LaPorte County Circuit Court of Indiana, that this Petition for Removal is being filed with this Court.

WHEREFORE, defendant Speedway LLC prays that the entire state court action, under Cause No. 46C01-2010-CT-001762, now pending in the LaPorte County Circuit Court of Indiana, be removed to this Court for all further proceedings.

FROST BROWN TODD LLC

By: */s/Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 16th day of November, 2020, addressed to:

David A. Wilson
David Wilson Law Offices, P.C.
8973 Broadway
Merrillville, IN  46410

       */s/Thomas L. Davis*
       Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P. O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
tdavis@fbtlaw.com

0126183.0737565   4816-7913-0833v1