| STATE OF INDIANA | ) | IN LAPORTE SUPERIOR/CIRCUIT COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF LAPORTE | ) | |

| SHERRI GASTON | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | Cause Number: 46C01-2010-CT-001762 |
| | ) | |
| SPEEDWAY LLC d/b/a SPEEDWAY, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### Count I

COMES NOW Plaintiff, Sherri Gaston, by counsel, David A. Wilson, and for Count I of Plaintiffs' Complaint, states as follows:

1. That presently, and at the time of the incident which is the subject of Plaintiff's Complaint, Plaintiff was a resident of is a resident of Laporte County, Indiana.

2. That Defendant, Speedway LLC d/b/a Speedway (hereinafter "Speedway") is organized under the laws of the State of Indiana and conducts business in Laporte County, Indiana.

3. That on or about October 19, 2018, Speedway was operating a convenience store located at 5905 N US Highway 35, in La Porte, Indiana.

4. That on October 19, 2018, Plaintiff Sherri Gaston was an invitee on Defendant's premises.

5. That Defendant, Speedway owed the Plaintiff a duty of care which included providing safe flooring while Plaintiff was on the Defendant's property.

6. That Defendant breached its duty of care it owed to the Plaintiff by allowing a dangerous condition to exist on the property, which caused the Plaintiff to trip, fall and injure herself.

7.  That as a direct and proximate result of the Defendant's negligence as aforesaid, the Plaintiff, Sherri Gaston, violently fell to the ground resulting in severe personal injuries, some of which are permanent, and requiring medical care and attention along with the incidental and consequential expenses involved therewith. That while the Plaintiff was convalescing from her injuries, she has suffered emotional distress as well as loss of enjoyment of life.

WHEREFORE Plaintiff, Sherri Gaston, respectfully requests judgment against the Defendant, Speedway LLC d/b/a Speedway in an amount of money that will adequately compensate her for the injuries and damages she has sustained, continues to sustain, for costs of this action, prejudgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

David A. Wilson #19629-64
David Wilson Law Offices, P.C.
8973 Broadway
Merrillville, IN 46410
*Attorney for Plaintiff*

**JURY DEMAND**

Plaintiffs demand trial by jury.

David A. Wilson #19629-64